UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 28, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 08-0249-GGH |
| Plaintiff, ) | |
| v.                                   ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JIMMY JOE ROSS LATIMER, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JIMMY JOE ROSS LATIMER, Case No. MAG.

08-0249-GGH   from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

~~25~~    Bail Posted in the Sum of: $

____    Unsecured Appearance Bond

____    Appearance Bond with Surety (All available equity in subject property)

_X_    (Other) Conditions as stated on the record.

_X_    (Other) The Defendant is ordered to appear in the Western District of North Carolina

(Charlotte) on 08/18/08 at 10:45 a.m. before the Honorable Frank Whitney in Courtroom 1.

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _07/28/08_ at _2:30 pm_

By     **GREGORY G. HOLLOWS**

Gregory G. Hollows
United States Magistrate Judge